DRINKER BIDDLE & REATH LLP
*A Delaware Limited Liability Partnership*
500 Campus Drive
Florham Park, New Jersey 07932-1047
Attorneys for Plaintiffs Pfizer Inc., Warner-Lambert Company, LLC,
and Gödecke GmbH

LAW OFFICES OF DONALD HOROWITZ
24 Bergen Street
Hackensack, New Jersey 07601
Attorneys for Defendants
Eon Labs, Inc. n/k/a Sandoz, Inc.

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re Gabapentin Patent Litigation | MDL No. 1348 |
| PFIZER INC., WARNER-LAMBERT COMPANY, LLC, and GÖDECKE GmbH, | Honorable Faith S. Hochberg, U.S.D.J.<br>Honorable Patty Shwartz, U.S.M.J. |
| Plaintiffs, | This Filing Relates Solely To: |
| v. | Civil Action No. 04 CV 2859 (FSH) |
| EON LABS, INC. n/k/a SANDOZ, INC., | |
| Defendant. | |

### JOINT STIPULATION OF VOLUNTARY DISMISSAL

Plaintiffs Pfizer Inc., Warner-Lambert Company, LLC, and Gödecke GmbH (collectively, "Warner-Lambert") and Defendant Eon Labs, Inc. ("Eon") now known as Sandoz, Inc., hereby stipulate and agree, by their attorneys, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all claims and counterclaims in the instant action shall be voluntarily dismissed with prejudice, and without costs or attorneys' fees. In support thereof, Warner-Lambert and Eon and Sandoz, Inc. state:

1.  Warner-Lambert and Eon and Sandoz, Inc. hereby represent that they have reached an agreement to voluntarily dismiss the instant action with prejudice. As part of the voluntary dismissal with prejudice, Warner-Lambert has agreed never to assert U.S. Patent No. 6,054,482 against Eon or Sandoz, Inc. or its customers with respect to the use, manufacture, importation, offer for sale or sale of Eon's products pursuant to Eon's and Sandoz's ANDA No. 76-877 for gabapentin tablets 600mg, and 800mg. This agreement does not apply to any other gabapentin product of Eon or Sandoz, Inc., including Eon's capsule products manufactured, imported or sold pursuant to Eon's and Sandoz's ANDA No. 75-539 which is the subject of Civil Action No. 01-1724.

2.  Warner-Lambert and Eon and Sandoz, Inc. have agreed to voluntarily dismiss all of their claims and counterclaims in this action only with prejudice, with each party to bear its own costs and attorneys' fees.

3.  Counsel for Warner-Lambert and Eon and Sandoz, Inc. have conferred and have agreed on behalf of their clients to request that the Court enter an order dismissing the instant action, in its entirety, in substantially the same form as the proposed Order submitted contemporaneously with this stipulation.

WHEREFORE, for the foregoing reasons, Warner-Lambert and Eon and Sandoz, Inc. respectfully request the entry of an Order in substantially the same form as submitted contemporaneously with this stipulation, voluntarily dismissing the instant action with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: February 20, 2008

_____
John J. Francis, Jr.
DRINKER BIDDLE & REATH LLP
*A Delaware Limited Liability Partnership*
500 Campus Drive
Florham Park, New Jersey 07932-1047
Attorneys for Plaintiffs Pfizer Inc., Warner-Lambert Company, LLC, and Gödecke GmbH

_____
Donald Horowitz
LAW OFFICES OF DONALD HOROWITZ
24 Bergen Street
Hackensack, New Jersey 07601
Attorneys for Defendants
Eon Labs, Inc. now known as Sandoz, Inc.

3