DRINKER BIDDLE & REATH LLP
500 Campus Drive
Florham Park, New Jersey 07932
(973) 360-1100
Attorneys for Plaintiffs, Pfizer Inc.,
Warner-Lambert Company LLC
and Gödecke GmbH

LAW OFFICES OF DONALD HOROWITZ
24 Bergen Street
Hackensack, New Jersey 07601
(201) 343-0100
Attorneys for Defendants
Eon Labs, Inc. n/k/a Sandoz, Inc.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

**CLOSED**

In re Gabapentin Patent Litigation

MDL No. 1348

PFIZER INC., WARNER-LAMBERT
COMPANY, LLC, and GÖDECKE
GmbH,

    Plaintiffs,

    v.

EON LABS, INC. n/k/a SANDOZ,
INC.,

    Defendant.

)
)
)
)
)
)
)
)
)
)
)
)

Honorable Faith S. Hochberg, U.S.D.J.
Honorable Patty Shwartz, U.S.M.J.

This Filing Relates Solely To:

Civil Action No. 04-CV-2859 (FSH)

### ORDER OF VOLUNTARY DISMISSAL

Before the Court is the Joint Stipulation of Voluntary Dismissal by the parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) agreeing that the above-captioned litigation be voluntarily dismissed with prejudice and without costs or attorneys' fees.

Accordingly, it is on this $\underline{26^{th}}$ of February, 2008,

ORDERED that:

    1.    This action, including all claims and counterclaims, is voluntarily dismissed with prejudice; and

    2.    Each party shall bear its own costs and attorneys' fees.

SO ORDERED:

_____
Honorable Faith S. Hochberg, U.S.D.J.